IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> WILLIAM BERK HARROLD, III, et al., <br><br> Defendants. | CRIMINAL FILE NO. <br> 1:09-CR-19-TWT |

ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 125] of the Magistrate Judge recommending that the Motions to Suppress Statements [Doc. 74, 83] should be granted in part and denied in part and that the Supplemental Motion to Suppress Statements [Doc. 103] should be denied. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motions to Suppress Statements [Doc. 74, 83] are GRANTED in part and DENIED in part. The Supplemental Motion to Suppress Statements [Doc. 103] is DENIED.

SO ORDERED, this 16 day of December, 2009.

/s/Thomas W. Thrash  
THOMAS W. THRASH, JR.  
United States District Judge